UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANTOYA MAYS,

    Plaintiff,

v.

    Civil Action No. 19-0342 (UNA)

ANITA ELAINE FONG SUMMERFORD,

    Defendant.

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court notes that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). However, even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

According to the plaintiff, her mother-in-law has committed crimes, caused the plaintiff's commitment to mental hospitals, tapped the plaintiff's phone, stolen her inheritance, vandalized her vehicles, and used her vast wealth to cause the plaintiff harm. Missing from the complaint is a basis for this Court's jurisdiction, or a cognizable legal claim, or a demand for relief. As drafted, the complaint fails to meet the standard set forth in Rule 8(a), and therefore, it must be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/28/19

United States District Judge